**Order entered January 2, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00874-CV

### MELINDA MORA, Appellant

### V.

### CHARLES WINE AND
### THE KANSAS CITY SOUTHERN RAILROAD COMPANY, Appellees

s

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05690-E**

## ORDER

Before the Court is the December 30, 2019 unopposed motion of appellee The Kansas City Southern Railway Company for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 3, 2020.**

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE